UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**GWENDOLYN T.,**[1]

    **Plaintiff,**

v.                                                              Civil No. 2:24cv232

**FRANK BISIGNANO,
COMMISSIONER OF SOCIAL SECURITY,**[2]

    **Defendant.**

## FINAL ORDER

Plaintiff Gwendolyn T., proceeding pro se, brought this action seeking judicial review of the final decision of the Commissioner of the Social Security Administration ("Commissioner") denying her claim for disability insurance benefits under the Social Security Act. ECF No. 3.[3] This matter was referred to a United States Magistrate Judge for a Report and Recommendation ("R&R"), pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Rule 72(b) of the Federal Rules of Civil Procedure. The Magistrate Judge filed the R&R on July 1, 2025,

---

[1] The Committee on Court Administration and Case Management of the Judicial Conference of the United States has recommended that federal courts use only the first name and last initial of any non-government parties in Social Security cases due to privacy concerns endemic to such cases.

[2] The Court substitutes Frank Bisignano, sworn in as Commissioner on May 6, 2025, for former Commissioner Martin O'Malley as Defendant in this suit pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

[3] On April 8, 2024, Plaintiff filed a motion for leave to proceed in forma pauperis and a proposed complaint. ECF No. 1. On April 16, 2024, the Court granted Plaintiff's motion to proceed in forma pauperis, ECF No. 2, and her Complaint was filed, ECF No. 3.

recommending that the final decision of the Commissioner be affirmed and that this matter be dismissed with prejudice. ECF No. 20, at 9.

By copy of the R&R, each party was advised of the right to file written objections to the findings and recommendations made by the Magistrate Judge. Id. The Court has received no objections to the Magistrate Judge's R&R, and the time for filing objections has expired.

Having reviewed the relevant portions of the record and finding no clear error in the Magistrate Judge's findings or reasoning, the Court hereby **ADOPTS** in full the findings and recommendations set forth in the R&R of the United States Magistrate Judge filed on July 1, 2025.[4] Accordingly, the final decision of the Commissioner is **AFFIRMED**, and this matter is **DISMISSED WITH PREJUDICE**.

The Clerk shall forward a copy of this Final Order to Plaintiff and to counsel of record for Defendant.

**IT IS SO ORDERED.**

/s/ *[signature]*
Mark S. Davis
CHIEF UNITED STATES DISTRICT JUDGE

Norfolk, Virginia
July 31, 2025

---

[4] As no objections to the R&R were filed, this Court "must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" Diamond v. Colonial Life & Accident Ins. Co., 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note).